UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JULIA LOUISE MCDUFFY-JOHNSON | CIVIL ACTION NO. 19-0880 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEPT. OF TREASURY, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record,

**IT IS ORDERED** that all of Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**.[1]

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Service by U.S. Marshal (Record Document 6) is **DENIED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of August, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court notes that it exercises its discretion to retain supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c).